MARY L. SCOFIELD, as Administratrix of the Estate of RAYMOND J. SCOFIELD, Respondent, v. NOVADEL AGENE CORP. et al., Appellants.— Motion granted and appeal dismissed, with $10 motion costs.

## (May 11, 1955.)

CITY OF GENEVA, Appellant, v. JOHN A. JOHNSON & SONS, INC., et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Ontario Special Term, granting defendants' motion to dismiss each of the alleged causes of action in plaintiff's complaint in an action to recover damages for defendants' failure to construct a sewer in connection with a Federal housing project.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

GOLD'N CRUST COMPANY, INC., Respondent, v. RELCO SPECIALTIES, INC., Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Monroe Special Term, denying defendant's motion to dismiss plaintiff's complaint.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

WILLIAM A. McCARTHY, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 31157.) — Order modified in accordance with the memorandum and, as modified, affirmed, without costs of this appeal to either party. Memorandum: We think the order made is substantially correct. However, it is conceded by claimant that paragraph marked (2) should be amended by adding after the word "acquisition" the words "and prior to the accident". The order should be amended accordingly. We also think the words "or on similar machines" in the same paragraph should be stricken from the order. The question of fact depends upon the condition of the machine from which claimant received his injuries and not the condition of a "similar" machine. All concur. (Cross appeals from an order of the Court of Claims, granting claimant's motion for an examination of defendant before trial, but denying motion for examination of certain photographs taken by defendant.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK J. O'BRIEN, Appellant.— Order affirmed. All concur. (Appeal from an order of Erie County Court, denying defendant's motion for a writ of error *coram nobis*.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOVELL LANDERS, JR., Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Cayuga Special Term, dismissing a writ of habeas corpus and remanding relator to the custody of the warden of Auburn Prison.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.